# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0676
Lower Tribunal No. 2022-CF-001389

_____

RAUL RODOLFO ROMERO-NICANOR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
John D.W. Beamer, Judge.

May 19, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and KAMOUTSAS, JJ., concur.


Blair Allen, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Samuel Perrone, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED